UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

------------------------------------------------X

BARRY SCHWARTZ,

           Plaintiff,                            Case No. 3:16-cv-02198

           -against-                          STIPULATION OF DISMISSAL

JP MORGAN CHASE BANK, N.A.,         WITH PREJUDICE


           Defendant.

------------------------------------------------X

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Barry Schwartz ("Plaintiff") and Defendant Chase Bank USA, N.A., erroneously sued as J.P. Morgan Chase Bank, N.A. ("Defendant") by and through their respective counsel of record file this Stipulation of Dismissal with Prejudice on account of settlement and in support thereof state as follows:

1. Because of disputes over liability and damages and because of the uncertainties of litigation, Plaintiff and Defendant have compromised and settled all claims and causes of action that were or could have been asserted by Plaintiff against Defendant arising out of or in any way related to the matters raised in the above captioned action, filed under case no. 3:16-cv-02198 –AET-LHG and Plaintiff no longer wishes to pursue this action against Defendant.

2. Each party entered into the settlement agreement voluntarily and

knowingly, and understands fully the meaning and effect of its executing said agreement. The parties agree that the terms of the settlement agreement are just and fair.

3. Defendant has asserted no counterclaims against Plaintiff.

4. The parties agree that this action should be dismissed with prejudice, with each party to bear his or its own attorneys' fees and costs.

Dated: November 11, 2016

Respectfully submitted,

Edward B. Geller, Esq., P.C.

By /s/Edward B. Geller, Esq.

15 Landing Way

Bronx, New York 10464

Tel: (914)473-6783

Attorney for Plaintiff

THE LAW OFFICE OF CHRISTOPHER P. TURCOTTE, P.C.

By /s/Christopher B. Turcotte Esq.

575 Madison Avenue, Ste. 1006

New York, NY 10022

Tel: (212)937-8499

Attorney for Defendant