NOT FOR PUBLICATION

RECEIVED

NOV 15 2016

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARRY SCHWARTZ, <br><br> Plaintiff, <br><br> v. <br><br> JP MORGAN CHASE BANK, N.A., <br><br> Defendant. | Civ. No. 16-2198 <br><br> ORDER |

THOMPSON, U.S.D.J.

   Pursuant to the Joint Stipulation of Dismissal by the parties, (ECF No. 12),

On this 15 day of November, 2016,

   IT IS HEREBY ORDERED that this matter is dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), and it is further

   ORDERED that each party shall bear their own attorneys' fees and costs.

/s/ Anne E. Thompson
ANNE E. THOMPSON, U.S.D.J.